UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES M. REED,

      Plaintiff,

vs.                                                           Case No. 4:26cv109-MCR-MAF

RICKY D. DIXON, et al.,

      Defendants.

_____/

**O R D E R**

The Magistrate Judge issued a Report and Recommendation dated April 27, 2026. ECF No. 10. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

3.  The Clerk of Court shall enter judgment and note on the docket this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this 12th day of August 2026.

*M. Casey Rodgers*

M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE